UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEONARD VOYLES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:23-cv-02139-MPB-TAB |
| | ) |
| WENDY KNIGHT, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT in this action in favor of the respondent and against the Petitioner, Leonard Voyles.

Mr. Voyles petition for writ of habeas corpus is denied and the action is terminated.

Date: May 12, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

LEONARD VOYLES
270021
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

All Electronically Registered Counsel

Case 1:23-cv-02139-MPB-TAB     Document 14     Filed 05/12/25     Page 2 of 2 PageID #: 159